UNITED STATES DISTRICT COURT
STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA<br>v.<br>DONALD GIBSON, | | | | | EXHIBIT LIST<br>Criminal No. 16-31 (PJS/HB) | |
|---|---|---|---|---|---|---|

| PRESIDING JUDGE<br>The Honorable Patrick J. Schiltz | | | PLAINTIFF'S ATTORNEYS<br>AUSA Joseph H. Thompson<br>Trial Attorney Ryan R. Raybould | | | DEFENDANT'S ATTORNEY<br>Jordan Kushner |
|---|---|---|---|---|---|---|
| TRIAL DATE(S)<br>November 28, 2016 | | | COURT REPORTER<br>Debra Beauvais | | | COURTROOM DEPUTY<br>Caryn Glover |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | **MYICIS Warehouse Bank Records** |
| 1 | | | | | MYICIS account records for account number 1687 (Donald Gibson) |
| 2 | | | | 11/28/16 | MYICIS Account List - Redacted |
| 3 | | published 11/28/16 | | | Warehouse bank demonstrative |
| 4 | | | | 11/28/16 | Photograph of MYICIS Office |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | MYICIS Transaction List for Gibson re 2005-2007 |
| | | | | | **Donald Gibson's Appeal of IRS's Notice of Intent to Levy Based on Gibson's 2002 and 2003 Tax Returns** |
| 8 | | | | | IRS Letter to Donald Gibson re Taxed Owed for 2002 Tax Year (October 26, 2004) |
| 9 | | | | | IRS Letter to Donald Gibson re Taxed Owed for 2003 Tax Year (October 26, 2004) |
| 10 | | | | 11/29/16 | IRS Letter to Donald Gibson re Final Notice of Intent to Levy (March 3, 2005) |
| 11 | | | | 11/29/16 | Donald Gibson's Request for a Collection Due Process Hearing (March 21, 2005) |
| 12 | | | | 11/29/16 | IRS Letter to Donald Gibson re Appeals Hearing (June 3, 2005) |

11A      11/29/16 Complete packet (Exh. 11)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 13 | | | | 11/29/16 | Donald Gibson's Letter to IRS re Inability to Attend Appeals Hearing (July 5, 2005) |
| 14 | | | | 11/29/16 | IRS Letter to Donald Gibson re Appeal Raising Frivolous Arguments (July 8, 2005) |
| 15 | | | | | Donald Gibson's Response to IRS re "Collection Due Process Hearing" (July 14, 2005) |
| 16 | | | | 11/29/16 | IRS Notice of Determination re Donald Gibson Collection Action (January 11, 2006) |
| 17 | | | | 11/29/16 | 2003 Donald Gibson Form 1040 Federal Income Tax Return |
| 18 | | | | 11/29/16 | 2002 Donald Gibson Form 1040 Federal Income Tax Return |
| 19 | | | | | |
| 20 | | | | | |
| **IRS Records Related to Donald Gibson** | | | | | |
| 21 | | | | 11/28/16 | Certification of Lack of Record for Donald Gibson's Tax Returns 2004-2015 |
| 22 | | | | 11/28/16 | IRS Account Transcript for Donald Gibson's 1996 Individual Income Taxes |
| 23 | | | | | IRS Account Transcript for Donald Gibson's 1997 Individual Income Taxes |
| 24 | | | | | IRS Account Transcript for Donald Gibson's 1998 Individual Income Taxes |
| 25 | | | | | IRS Account Transcript for Donald Gibson's 1999 Individual Income Taxes |
| 26 | | | | | IRS Account Transcript for Donald Gibson's 2000 Individual Income Taxes |
| 27 | | | | | IRS Account Transcript for Donald Gibson's 2001 Individual Income Taxes |
| 28 | | | | | IRS Account Transcript for Donald Gibson's 2002 Individual Income Taxes |
| 29 | | | | | IRS Account Transcript for Donald Gibson's 2003 Individual Income Taxes |

14708808.1

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 30 | | | | 11/28/16 | IRS Account Transcript for Donald Gibson's 2004 Individual Income Taxes |
| 31 | | | | | IRS Account Transcript for Donald Gibson's 2005 Individual Income Taxes |
| 32 | | | | | IRS Account Transcript for Donald Gibson's 2006 Individual Income Taxes |
| 33 | | | | | IRS Account Transcript for Donald Gibson's 2007 Individual Income Taxes |
| 34 | | | | | IRS Account Transcript for Donald Gibson's 2008 Individual Income Taxes |
| 35 | | | | | IRS Account Transcript for Donald Gibson's 2009 Individual Income Taxes |
| 36 | | | | | IRS Account Transcript for Donald Gibson's 2010 Individual Income Taxes |
| 37 | | | | | IRS Account Transcript for Donald Gibson's 2011 Individual Income Taxes |
| 38 | | | | | IRS Account Transcript for Donald Gibson's 2012 Individual Income Taxes |
| 39 | | | | | IRS Account Transcript for Donald Gibson's 2013 Individual Income Taxes |
| 40 | | | | | IRS Account Transcript for Donald Gibson's 2014 Individual Income Taxes |
| 41 | | | | ↓ | IRS Account Transcript for Donald Gibson's 2015 Individual Income Taxes |
| 42 | | | | 11/28/16 | Employee Identification Number for Donald L. Gibson (EIN 2732) |
| 43 | | | | 11/28/16 | IRS 2006 Wage & Income Transcript for Donald Gibson (SSN 8619) |
| 44 | | | | ↓ | IRS 2006 Wage & Income Transcript for Donald Gibson, D.C. (EIN 2732) |
| 45 | | | | 11/28/16 | IRS 2007 Wage & Income Transcript for Donald Gibson (SSN 8619) |
| 46 | | | | ↓ | IRS 2007 Wage & Income Transcript for Donald Gibson, D.C. (EIN 2732) |

14708808.1

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 47 | | | | 11/28/16 | IRS 2008 Wage & Income Transcript for Donald Gibson (SSN 8619) |
| 48 | | | | ↓ | IRS 2008 Wage & Income Transcript for Donald Gibson, D.C. (EIN 2732) |
| 49 | | | | 11/28/16 | IRS 2009 Wage & Income Transcript for Donald Gibson (SSN 8619) |
| 50 | | | | ↓ | IRS 2009 Wage & Income Transcript for Donald Gibson, D.C. (EIN 2732) |
| 51 | | | | 11/28/16 | IRS 2010 Wage & Income Transcript for Donald Gibson (SSN 8619) |
| 52 | | | | ↓ | IRS 2010 Wage & Income Transcript for Donald Gibson, D.C. (EIN 2732) |
| 53 | | | | 11/28/16 | IRS 2011 Wage & Income Transcript for Donald Gibson (SSN 8619) |
| 54 | | | | ↓ | IRS 2011 Wage & Income Transcript for Donald Gibson, D.C. (EIN 2732) |
| 55 | | | | 11/28/16 | IRS 2012 Wage & Income Transcript for Donald Gibson (SSN 8619) |
| 56 | | | | ↓ | IRS 2012 Wage & Income Transcript for Donald Gibson, D.C. (EIN 2732) |
| 57 | | | | 11/28/16 | IRS 2013 Wage & Income Transcript for Donald Gibson (SSN 8619) |
| 58 | | | | ↓ | IRS 2013 Wage & Income Transcript for Donald Gibson, D.C. (EIN 2732) |
| 59 | | | | 11/28/16 | IRS 2014 Wage & Income Transcript for Donald Gibson (SSN 8619) |
| 60 | | | | ↓ | IRS 2014 Wage & Income Transcript for Donald Gibson, D.C. (EIN 2732) |
| 61 | | | | 11/28/16 | IRS 2015 Wage & Income Transcript for Donald Gibson (SSN 8619) |
| 62 | | | | ↓ | IRS 2015 Wage & Income Transcript for Donald Gibson, D.C. (EIN 2732) |
| 63 | | | | | |

14708808.1

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 64 | | | | 11/28/16 | IRS Account Transcript of Donald Gibson's Form 941 Quarterly Tax Return for 3rd Quarter of 2004 |
| 65 | | | | | IRS Account Transcript of Donald Gibson's Form 941 Quarterly Tax Return for 4th Quarter of 2004 |
| 66 | | | | | IRS Account Transcript of Donald Gibson's Form 941 Quarterly Tax Return for 1st Quarter of 2005 |
| 67 | | | | | IRS Account Transcript of Donald Gibson's Form 941 Quarterly Tax Return for 2nd Quarter of 2005 |
| 68 | | | | | IRS Account Transcript of Donald Gibson's Form 941 Quarterly Tax Return for 3rd Quarter of 2005 |
| 69 | | | | | IRS Account Transcript of Donald Gibson's Form 941 Quarterly Tax Return for 4th Quarter of 2005 |
| 70 | | | | | |
| 71 | | | | 11/28/16 | 2004 Federal Unemployment Tax Return (Form 940EZ) of Donald Gibson (EIN 2732) |
| 72 | | | | | 2005 Federal Unemployment Tax Return (Form 940EZ) of Donald Gibson (EIN 2732) |
| 73 | | | | | |
| 74 | | | | | |
| | | | | | **IRS Records Related to Sovereign Christian Mission** |
| 75 | | | | 11/28/16 | Employee Identification Number for Sovereign Christian Mission |
| 76 | | | | 11/28/16 | Certification of Lack of Record for Sovereign Christian Mission 2013-2015 |
| 77 | | | | | |
| 78 | | | | | |
| 79 | | | | | |
| 80 | | | | | |
| 81 | | | | | |
| 82 | | | | | |
| 83 | | | | | |

14708808.1

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 84 | | | | | |
| 85 | | | | | |
| 86 | | | | | |
| 87 | | | | | |
| 88 | | | | | |
| 89 | | | | | |
| 90 | | | | | |
| | | | | | **IRS Audit of Donald Gibson for Tax Years 2004-2010** |
| 91 | | | | 11/29/16 | IRS Letter to Donald Gibson re Failure to File Tax Returns (April 20, 2009) |
| 92 | | | | 11/29/16 | Bound Packet from Donald Gibson to IRS Revenue Agent Veronica Fox (May 18, 2009) |
| 93 | | | | 11/29/16 | Letter from IRS Revenue Agent Veronica Fox to Donald Gibson (May 28, 2009) |
| 94 | | | | 11/29/16 | Letter from Donald Gibson to IRS Revenue Agent Veronica Fox (June 25, 2009) |
| 95 | | | | 11/29/16 | Report of IRS Revenue Agent Veronica Fox's Civil Audit of Donald Gibson for Tax Years 2004-2010 |
| 96 | | | | 11/29/16 | IRS Letter to Donald Gibson re Federal Incomes Taxes and Penalties Owed for Tax Years 2004-2010 (September 28, 2011) |
| 97 | | | | 11/29/16 | IRS Notices of Tax Deficiency to Donald Gibson for Tax Years 2004-2010 (December 6, 2011) |
| 98 | | | | | |
| | | | | | **22761 Boyne Street NE, Stacy, Minnesota** |
| 99 | | | | 11/30/16 | Donald Gibson's Lease Agreement for 22761 Boyne Street NE, Stacy, Minnesota (November 18, 2010) |
| 100 | | | | ↓ | Donald Gibson's Lease Agreement for 22761 Boyne Street NE, Stacy, Minnesota (July 1, 2012) |
| 101 | | | | | Addendum to Donald Gibson's Lease Agreement for 22761 Boyne Street NE, Stacy, Minnesota (November 18, 2010) |

14708808.1

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 102 | | | | 11/30/16 | Records of Donald Gibson's Rent Payments (January 2013-June 2014) |
| 103 | | | | 11/30/16 | Photo of 22761 Boyne Street NE, Stacy, Minnesota |
| **Minnesota Department of Revenue Records** | | | | | |
| 104 | | | | 11/29/16 | Request for Missing State Tax Returns from MNDOR to Donald Gibson (January 3, 2008) |
| 105 | | | | 11/29/16 | Donald Gibson's Response to Request for Missing State Tax Returns (January 11, 2008) |
| 106 | | | | | Notification of "Unlawful Activities" Letter from Donald Gibson to MNDOR (February 22, 2008) |
| 107 | | | | | Donald Gibson's Letter to MNDOR re State Tax Liability (May 12, 2008) |
| 108 | | | | 11/29/16 | Audit Report of Donald Gibson (Tax Years 2004 and 2005) |
| 109 | | | | 11/29/16 | Demand for Payment and Intent to Levy Wages Letter from MNDOR to Donald Gibson (September 17, 2008) |
| 110 | | | | | Donald Gibson's Response to Demand for Payment and Intent to Levy Wages (September 28, 2008) |
| 111 | | | | | Notice of State Tax Levy to Donald Gibson (November 7, 2008) |
| 112 | | | | | Notice of State Tax Lien (December 18, 2008) |
| 113 | | | | 11/29/16 | Notice of Levy Letter from MNDOR dated August 9, 2011 |
| 114 | | | | 11/29/16 | Demand for Payment and Intent to Levy Wages Letter from MNDOR dated October 18, 2011 |
| 115 | | | | | Letter from MNDOR to Gibson re Intent to Revoke License dated January 3, 2012 |
| 116 | | | | 11/29/16 | Donald Gibson's Response to MNDOR Letter re Intent to Revoke License (January 2012) |
| 117 | | | | 11/29/16 | Demand for Payment and Intent to Levy Wages Letter from MNDOR to Donald Gibson (October 6, 2010) |
| 118 | | | | | Letter from MNDOR to Gibson dated July 3, 2012 re account balance |

14708808.1

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 119 | | | | 11/30/16 | Settlement Agreement between Donald Gibson and MN Dept. of Revenue (July 13, 2012) |
| 120 | | | | 11/30/16 | $8,000 Payment from Donald Gibson to MN Dept. of Revenue via Money Order (July 21, 2012) |
| 121 | | | | 11/30/16 | Donald Gibson's 2006 Minnesota Income Tax Return |
| 122 | | | | | Donald Gibson's 2007 Minnesota Income Tax Return |
| 123 | | | | | Donald Gibson's 2008 Minnesota Income Tax Return |
| 124 | | | | ↓ | Donald Gibson's 2009 Minnesota Income Tax Return |
| 125 | | | | | |
| 126 | | | | 11/30/16 | Notice from MN Dept. of Revenue to Donald Gibson of Revocation of Chiropractic License (August 31, 2012) |
| 127 | | | | ↓ | Letter from MN Dept. of Revenue to MN Board of Chiropractic Examiners Requesting Revocation of Donald Gibson's License (August 31, 2012) |
| 128 | | | | | |
| 129 | | | | 11/30/16 | Donald Gibson's Personal Financial Statement (September 15, 2012) |
| 130 | | | | | |
| 131 | | | | | |
| 132 | | | | | Summary of Accounts Letter from MNDOR to Gibson (September 25, 2012) |
| 133 | | | | 11/30/16 | $31,000 Payment by Donald Gibson to MN Dept. of Revenue (September 27, 2012) |
| 134 | | | | | |
| 135 | | | | 11/30/16 | Clearance Certificate from MN Dept. of Revenue to Donald Gibson (October 12, 2012) |
| 136 | | | | ↓ | Clearance Certificate from MN Dept. of Revenue to MN Board of Chiropractic Examiners (October 12, 2012) |
| 137 | | | | 11/30/16 | Lien Release from MN Dept. of Revenue to Donald Gibson (December 19, 2012) |
| **Records from Minnesota Board of Chiropractic Examiners** | | | | | |

14708808.1

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 138 | | | | 11/30/16 | Letter from MNDOR re License Revocation of Donald Gibson dated August 31, 2012 |
| 139 | | | | | Order of Suspension dated October 7, 2012 |
| 140 | | | | | Clearance Certificate received from MNDOR re Donald Gibson |
| 141 | | | | ↓ | Order Restoring Unconditional License |
| 142 | | | | | |
| **Correspondence between Donald Gibson and the Internal Revenue Service** | | | | | |
| 143 | | | | 11/30/16 | Package Containing Fake Money Orders & Other Correspondence from Donald Gibson to IRS (June 11, 2012) |
| 143A | | | | | "Private Offset Discharging & Indemnity Bond" |
| 143B | | | | | Birth Certificate from Gibson to Treasury Department dated January 2009 |
| 143C | | | | ↓ | "Private Offset Bond" from Gibson |
| 144 | | | | | |
| 145 | | | | | |
| 146 | | | | | |
| 147 | | | | | |
| 148 | | | | 11/30/16 | Letter from Donald Gibson to IRS Special Agent John Tschida (August 25, 2014) |
| 149 | | | | ↓ | Package from Donald Gibson to IRS Special Agent Shea Jones (September 3, 2015) |
| **Records of Insurance Company Payments to Donald Gibson** | | | | | |
| 150 | | | | 11/30/16 | American Family Insurance Records of Checks and Payments to Donald Gibson (2011 to 2014) |
| 151 | | | | 11/29/16 | Farmers Insurance Group Records of Checks and Payments to Donald Gibson (2010 to 2014) |
| 152 | | | | 11/30/16 | Geico Insurance Records |
| 153 | | | | ↓ | Progressive Insurance Records |
| **Bank Records** | | | | | |

14708808.1

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 154 | | | | 11/30/16 | Wells Fargo Account Application for Account No. 8131 (Cassandra Gibson) |
| 155 | | | | | Records related to Purchase of $31,000 Cashier's Check Payable to MNDOR Drawn on Wells Fargo Account No. 8131 (Cassandra Gibson) |
| 156 | | | | | Records related to Purchase of $31,000 Cashier's Check Payable to MNDOR Drawn on Wells Fargo Account No. 8131 (Cassandra Gibson) |
| 157 | | | | | Withdrawals from Wells Fargo account No. 8131 (Cassandra Gibson) |
| 158 | | | | | Deposit of $169,005.40 Check to Donald Gibson into Wells Fargo Account No. 8131 (Cassandra Gibson) |
| 159 | | | | | Account Statements for Wells Fargo Account No. 8131 (Cassandra Gibson) |
| 160 | | | | 11/29/16 | Unbank Records of Check Cashing by Donald Gibson |
| **Records related to Sovereign Christian Mission** | | | | | |
| 161 | | | | 11/30/16 | Articles of Incorporation for Sovereign Christian Mission (Oregon Secretary of State) |
| 162 | | | | | Certificate of Existence of Sovereign Christian Mission |
| 163 | | | | | Amended Annual Reports for Sovereign Christian Mission (Oregon Secretary of State) |
| 164 | | | | 11/30/16 | Certificate of Authority to Transaction Business in Minnesota for Sovereign Christian Mission (Minnesota Secretary of State) |
| 165 | | | | 11/30/16 | TCF Bank Account Application (Sovereign Christian Mission) dated January 9, 2014 |
| 166 | | | | | TCF Bank Records for Account No. 5892 (Sovereign Christian Mission) |
| 167 | | | | | Bullseye Lease for Storage Unit |
| 168 | | | | | Bullseye Records |
| 169 | | | | | |
| **Miscellaneous Exhibits** | | | | | |
| 170 | | | | 11/30/16 | Photo of 1934 127th Circle NW, Coon Rapids, Minnesota |

14708808.1

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 171 | | | | 11/30/16 | Map |
| 172 | | | | 11/30/16 | Records from First State Bank of Wyoming Bank Account No. 8941 (Donald L. Gibson) |
| 173 | | | | | |
| 174 | | | | 11/30/16 | Photo of Anoka Unbank Store |
| | | | | | **Summary Charts** |
| 175 | | | | | Income Tax Examination Changes |
| 176 | | | | | 2011-2014 Tax Computations |
| 177 | | | | 11/30/16 | 2011 Summary Chart Tax Due |
| 178 | | | | | 2012 Summary Chart Tax Due |
| 179 | | | | | 2013 Summary Chart Tax Due |
| 180 | | | | | 2014 Summary Chart Tax Due |
| 181 | | | | 11/30/16 | 2011 Gross Receipts and Expenses |
| 182 | | | | | 2012 Gross Receipts and Expenses |
| 183 | | | | | 2013 Gross Receipts and Expenses |
| 184 | | | | | 2014 Gross Receipts and Expenses |
| 185 | | | | 11/30/16 | Schedule C Expense Average to Percentage of Gross Receipts |
| 186 | | | | 11/30/16 | Unbank Summary Chart |
| 187 | | | | | |
| 188 | | | | | |
| 189 | | | | | |
| 190 | | | | 11/29/16 | 3/17/05 Gibson Letter to IRS |
| 191 | | | | | |
| 192 | | | | | |
| 193 | | | | | |
| 194 | | | | | |
| 195 | | | | | |

14708808.1

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 196 | | | | | |
| 197 | | | | | |
| 198 | | | | | |
| 199 | | | | | |
| 200 | | | | | |

Defendant's Exhibits

| | | |
|---|---|---|
| 201 | 11/29/16 | 7/14/05 Gibson Letter to Veer |
| 205 | 12/1/16 | Master File Decoder |
| 207 | 12/1/16 | The Great IRS Hoax PDF |
| 208 | 12/1/16 | Packet of Emails |
| 209 | 12/1/16 | Emails |
| 210 | 12/1/16 | Emails |
| 213 | 12/1/16 | Emails 1/2/2009 |
| 213A | 12/1/16 | Emails/HJR Bond |
| 216 | 12/1/16 | 8/19/04 Gibson Ltr to IRS |
| 217 | 12/1/16 | PRA Packet |
| 215 | 12/1/16 | Minutes of Board Meeting |
| 218A-I | 12/1/16 | Certified Copies of Judgments |

14708808.1